## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>      Plaintiff,<br><br>   v.<br><br>7,360 SQUARE FEET OF LAND, MORE OR LESS, SITUATE IN THE DISTRICT OF COLUMBIA (KNOWN AS 2500 28TH STREET NE AND 2510 BLADENSBURG ROAD NE),<br><br>and<br><br>2510 BLADENSBURG ROAD LLC, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-1757<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Washington Metropolitan Area Transit Authority ("WMATA"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of WMATA which have any outstanding securities in the hands of the public: None.

WMATA is an interstate compact agency, authorized under federal law, Public Law No. 89-774, 80 Stat. 1324, and, by the terms of its enabling legislation, an agency and instrumentality of the District of Columbia, the State of Maryland, and the Commonwealth of Virginia.

These representations are made in order that judges of this Court may determine the need for recusal.

1

Dated: June 30, 2021				JEAN E. WILLIAMS

						Acting Assistant Attorney General

						*/s/ Johanna M. Franzen*
						JOHANNA M. FRANZEN
						MN Bar # 0392191
						EMMA E. HOLLOWELL
						DC Bar # 1047448
						Trial Attorneys
						United States Department of Justice
						Environment & Natural Resources Division
						P.O. Box 7611, Ben Franklin Station
						Washington, DC 20044-7611
						Telephone: (202) 305-0467
						Fax: (202) 353-7763
						Johanna.Franzen@usdoj.gov
						Emma.Hollowell@usdoj.gov

## PROOF OF SERVICE

I HEREBY CERTIFY that this Disclosure of Corporate Affiliations and Financial Interests will be served on all named Defendants together with other initial case filings.

*/s/ Johanna M. Franzen*
JOHANNA M. FRANZEN