UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>7,360 SQUARE FEET OF LAND, MORE OR LESS, SITUATE IN THE DISTRICT OF COLUMBIA (KNOWN AS 2500 28TH STREET NE AND 2510 BLADENSBURG ROAD NE),<br><br>and<br><br>2510 BLADENSBURG ROAD LLC, et al.,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )　Civil Action No. 21-1757 |

## ORDER DIRECTING CLERK TO DEPOSIT FUNDS INTO COURT REGISTRY

Upon the Ex Parte Application by Plaintiff Washington Metropolitan Area Transit Authority for Order to Deposit Funds representing the estimated just compensation in this eminent domain action into the Court Registry, and good cause appearing:

**IT IS HEREBY ORDERED** that the Application is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall accept the deposit of $1,060,000.00 tendered by WMATA, and shall deposit these funds into an interest bearing account under the terms and conditions set forth in Federal Rule of Civil Procedure 67; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remit a copy of this signed order to all counsel of record in this case.

Dated: July 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge